# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00244-CV

**In re Shoreham Oil & Gas Company, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Finding no abuse of discretion, the petition for writ of mandamus is denied.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Filed:   May 2, 2007